UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROD GEILEN,

    Plaintiff,

                                      Case No. 5:24-cv-383-TJC-PRL

v.

CITY OF CLERMONT,

    Defendant.

## O R D E R

**THIS CASE** is before the Court on Plaintiff's Motion to Remand, Doc. 8. Plaintiff objects to removal and correctly notes that the requirements for the Court's diversity jurisdiction, pursuant to 28 U.S.C. §1332, have not been met. However, this case was removed pursuant to 28 U.S.C. §1331, because Plaintiff's complaint raises a federal question.

Specifically, Count III of the Complaint alleges violation of that Plaintiff's free speech rights pursuant to Section 4 of the Florida Constitution, but also alleges that Plaintiff engaged in "constitutionally protected First Amendment activity." Doc. 5, ¶45. The Complaint also cites Title VII of the Civil Rights Act of 1964, and references having "federal claims." Doc. 5 ¶46.

2

Because the Complaint raises Free Speech claims under the First Amendment of the United States Constitution and Title VII claims, it raises a federal question and jurisdiction is appropriate under 28 U.S.C. §1331.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion to Remand (Doc. 8) is **Denied**.

2. No later than **September 24, 2024**, Plaintiff shall respond to the Defendant's Motion to Dismiss (Doc. 7).

**DONE AND ORDERED** in Jacksonville, Florida the 3rd day of September 3, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Counsel of record